IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES W. FRYE, ET AL.**                                         **PLAINTIFFS**

**VERSUS**                            **CIVIL ACTION NO. 1:05CV188WJG**

**3M F/K/A MINNESOTA MINING
AND MANUFACTURING, ET AL.**                                    **DEFENDANTS**

### DEFENDANT FOSTER WHEELER CONSTRUCTORS, INC.'S JOINDER IN DEFENDANT JOHN CRANE, INC.'S NOTICE OF REMOVAL

COMES NOW the Defendant, FOSTER WHEELER CONSTRUCTORS, INC., by and through its attorneys of record, ALLEN, VAUGHN, COBB AND HOOD, P.A., and hereby respectfully consents and joins in the removal of this case and consents and joins with the Defendant John Crane, Inc.'s removal of this matter from the Circuit Court of Perry County, Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division.

WHEREFORE, the Defendant, FOSTER WHEELER CONSTRUCTORS, INC., respectfully consents and joins said removal.

RESPECTFULLY SUBMITTED, this, the 3rd day of May, 2005.

                         FOSTER WHEELER CONSTRUCTORS, INC.,
                         Defendant

                         BY:    ALLEN, VAUGHN, COBB AND HOOD, P.A.,
                                    Its Attorneys

                         BY:    /s/Thomas E. Vaughn
                                    THOMAS E. VAUGHN, Of Counsel
                                    State Bar Number 6606

## CERTIFICATE OF SERVICE

I, THOMAS E. VAUGHN, do hereby certify that I have this date mailed, by United States mail, sufficient postage affixed, a true and correct copy of the above and foregoing to counsel opposite and to Choice Copy Service with a copy of the transmittal correspondence to all other known counsel of record.

This, the 3rd day of May, 2005.

                                    /s/ Thomas E. Vaughn
                                    THOMAS E. VAUGHN

THOMAS E. VAUGHN, Of Counsel
ALLEN, VAUGHN, COBB AND HOOD, P.A.
P. O. Drawer 4108
Gulfport, MS  39502-4108
Telephone:  (228) 864-4011
Facsimile:  (228) 864-4852

I:\NWP\ASBESTOS-SILICA\MOTIONS\FRYE.JAMES\JOINDER.FWC.REMOVAL.wpd